

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

James I. Hammond
*Assistant United States Attorney*
*james.hammond@usdoj.gov*

*36 South Charles Street*
*Suite 400*
*Baltimore, MD 21201-3119*

DIRECT: *410-209-4952*
MAIN: *410-209-4800*
FAX: *410-962-0717*

May 18, 2026

**VIA ECF**

Honorable Stephanie A. Gallagher
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re:  Joint Status Report for *United States v. Manuel Erazo Alvarado, et al*
       Crim. Case No. SAG-25-028

Dear Judge Gallagher:

   We write to provide the Court with a status update in the above-referenced matter. Four defendants in this case have had initial appearances and have counsel appointed, including learned counsel. However, there are still other defendants not yet in custody.

   The Government has disclosed six productions of discovery thus far, with the most recent occurring on May 4, 2026. The discovery is extensive. The document production is approaching 30,000 pages and there have been copious amounts of digital evidence produced, including numerous electronic device downloads, videos, and photos. The parties anticipate discussing the possibility for any resolution short of trial, but we anticipate that will take time given the volume of discovery generated. The parties are filing a separate motion to toll time pursuant to the Speedy Trial Act contemporaneously with this status update.

   Please do not hesitate to contact us with any questions or concerns.

       Respectfully submitted,

       Kelly O. Hayes
       United States Attorney

  By:    /s/
       James I. Hammond
       Kenneth S. Clark
       Assistant United States Attorneys

cc: All counsel of record (via ECF)